RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: rachel.lowe@alston.com

TIFFANY L. POWERS *(admitted pro hac vice)*
ANDREW HATCHETT *(admitted pro hac vice)*
MELISSA QUINTANA *(admitted pro hac vice)*
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Email: tiffany.powers@alston.com
       andrew.hatchett@alston.com
       melissa.quintana@alston.com

MICHAEL K. FARRELL *(pro hac vice application forthcoming)*
BAKER & HOSTETLER, LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Email: mfarrell@bakerlaw.com

Attorneys for Defendant
**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH BLAIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>      Defendant. | Case No.: 22-CV-0970-AJB-MMP<br>Assigned to Hon. Anthony J. Battaglia<br><br>**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**<br><br>First Amended Complaint Filed: April 7, 2023<br><br>Trial Date: None |

Pursuant to Local Civil Rules of Practice of the United States District Court for the Southern District of California Rule 7.2 and the Chamber Rules for Civil Pretrial Procedures for the Honorable Daniel E. Butcher, Plaintiff Sarah Blain and Defendant Liberty Mutual Fire Insurance Company ("Defendant" or "Liberty Mutual") (collectively "the Parties") in the above-entitled matter hereby jointly move for an order adopting the attached stipulation for a Protective Order, a stipulation for a Protective Order Under FRE 502 (Clawback Order), and a stipulation for an Order regarding the production of Documents and Electronically Stored Information ("ESI") as follows:

1. WHEREAS, the Plaintiff and Defendant in the above-captioned matter have agreed to enter into a protective order to address issues of confidentiality with regard to discovery in a manner that provides for a convenient and efficient method of producing documents and conducting discovery without sacrificing the protections afforded to the documents under the law.

2. WHEREAS, the Parties have met and conferred and have agreed to the final language to be contained within the Stipulated Protective Order, Stipulated Protective Order Under FRE 502 (Clawback Order), and a Stipulated Order regarding the production of Documents and ESI. A true and correct copy of this final proposed Stipulated Protective Order is attached as Exhibit "A", a true and correct copy of this final proposed Stipulated Protective Order Under FRE 502 (Clawback Order) is attached as Exhibit "B", a true and correct copy of this final proposed Stipulated Order regarding the production of Documents and ESI is attached as Exhibit "C".

THEREFORE, THE PARTIES MOVE JOINTLY FOR AN ORDER ADOPTING THE PROPOSED STIPULATED PROTECTIVE ORDER (Exhibit "A"), PROPOSED STIPULATED PROTECTIVE ORDER UNDER FRE 502 (CLAWBACK ORDER) (Exhibit "B"), AND PROPOSED STIPULATED ORDER REGARDING THE PRODUCTION OF DOCUMENTS AND ESI ("EXHIBIT C").

| | | |
|---|---|---|
| 1 | DATED: February 7, 2024 | MANFRED MUECKE<br>**MANFRED, APC** |
| 2 | | |
| 3 | | */s/ Manfred P. Muecke*<br>Manfred P. Muecke |
| 4 | | |
| 5 | | Attorneys for Plaintiff<br>**SARAH BLAIN** |
| 8 | DATED: February 7, 2024 | RACHEL E. K. LOWE<br>TIFFANY L. POWERS *(admitted pro hac vice)*<br>ANDREW HATCHETT *(admitted pro hac vice)*<br>MELISSA QUINTANA *(admitted pro hac vice)* |
| 10 | | **ALSTON & BIRD LLP** |
| 12 | | */s/ Rachel E. K. Lowe*<br>Rachel E. K. Lowe |
| 13 | | Attorneys for Defendant<br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY** |

Attestation: I, Rachel E. K. Lowe, hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

DATED: February 7, 2024

*/s/ Rachel E. K. Lowe*

Rachel E. K. Lowe