RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
E-mail:   rachel.lowe@alston.com

TIFFANY L. POWERS *(admitted pro hac vice)*
ANDREW HATCHETT *(admitted pro hac vice)*
MELISSA QUINTANA *(admitted pro hac vice)*
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  404-881-7000
Email:    tiffany.powers@alston.com
           andrew.hatchett@alston.com
           melissa.quintana@alston.com

MICHAEL K. FARRELL *(pro hac vice application forthcoming)*
BAKER & HOSTETLER, LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Email:    mfarrell@bakerlaw.com

Attorneys for Defendant
**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  22-CV-0970-AJB-MMP<br>Assigned to Hon. Anthony J. Battaglia<br><br>**SUPPLEMENT TO JOINT MOTION FOR STIPULATED PROTECTIVE ORDER**<br><br>First Amended Complaint Filed: April 7, 2023<br><br>Trial Date:         None |

1
SUPPLEMENT TO JOINT MOTION FOR STIPULATED PROTECTIVE ORDER
Case No.: 22-CV-0970-AJB-MMP

1  Pursuant to Section XI of the Civil Chamber Rules for the Honorable Judge Michelle M. Pettit, Plaintiff Sarah Blain and Defendant Liberty Mutual Fire Insurance Company ("Defendant" or "Liberty Mutual") (collectively "the Parties") in the above-entitled matter hereby jointly provide this supplement to its joint motion for an order adopting the attached stipulation for a Protective Order, a stipulation for a Protective Order Under FRE 502 (Clawback Order), and a stipulation for an Order regarding the production of Documents and Electronically Stored Information ("ESI") (ECF No. 72). The Parties provide as follows.

1. The Parties hereby attach as **Exhibit A** a redline copy showing proposed changes reflected in the Stipulated Protective Order (ECF No. 72-2) from the Southern District of California's Model Protective Order.

2. The Parties represent that the Stipulated Protective Order (ECF No. 72-2) is largely modeled off of the Court's model.

3. The proposed Stipulated Protective Order reflects a few negotiated changes to the Court's model as a result of confidentiality concerns arising from the highly competitively sensitive, proprietary, and confidential nature of the specific information and trade secrets at issue in this case. These edits are also proposed because of the processes surrounding electronically stored information and the parties' agreement to a clawback order.

4. The Parties have met and conferred, have agreed to the final language to be contained within the Stipulated Protective Order, and represent that the Stipulated Protective Order reflects the substance and spirit of the Court's model.

| | |
|---|---|
| DATED: February 8, 2024 | MANFRED MUECKE<br>**MANFRED, APC**<br><br>*/s/ Manfred P. Muecke*<br>Manfred P. Muecke<br><br>Attorneys for Plaintiff<br>**SARAH BLAIN** |
| DATED: February 8, 2024 | RACHEL E. K. LOWE<br>TIFFANY L. POWERS *(admitted pro hac vice)*<br>ANDREW HATCHETT *(admitted pro hac vice)*<br>MELISSA QUINTANA *(admitted pro hac vice)*<br><br>**ALSTON & BIRD LLP**<br><br>*/s/ Rachel E. K. Lowe*<br>Rachel E. K. Lowe<br><br>Attorneys for Defendant<br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY** |

Attestation: I, Rachel E. K. Lowe, hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

DATED: February 8, 2024

/s/ Rachel E. K. Lowe

Rachel E. K. Lowe