UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLAIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 22-cv-00970-AJB-MMP<br><br>**ORDER LIFTING STAY** |

　　　　In light of the Ninth Circuit's ruling in *Day v. GEICO Cas. Co.*, No. 24-2201, 2025 WL 1895311 (9th Cir. July 9, 2025), and the parties' joint status report, the Court hereby **LIFTS the stay** on this action. The Court further **ORDERS**:

　　　　1.　　Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") is granted leave to file a motion for summary judgment **no later than August 18, 2025**. The motion is limited to the narrow issue of the "safe harbor" provision's applicability to Plaintiff Sarah Blain's ("Plaintiff") remaining claim. *See* Cal. Ins. Code § 1860.1.

　　　　2.　　Plaintiff's opposition to Liberty Mutual's motion for summary judgment is to be **filed no later than September 2, 2025**.

3. Any reply in support is to be filed **no later than September 9, 2025**.

4. No sur-replies will be accepted.

5. A hearing on the motion for summary judgment is set for **October 9, 2025**, at **2:00 PM** in **Courtroom 4A** of Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101. *See* J. Battaglia Civ. Chambers Proc. § II.

**IT IS SO ORDERED.**

Dated: July 17, 2025

Hon. Anthony J. Battaglia
United States District Judge