RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: rachel.lowe@alston.com

TIFFANY L. POWERS *(admitted pro hac vice)*
ANDREW HATCHETT *(admitted pro hac vice)*
MELISSA QUINTANA *(admitted pro hac vice)*
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Email: tiffany.powers@alston.com
andrew.hatchett@alston.com
melissa.quintana@alston.com

Attorneys for Defendant
**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 22-CV0970-AJB-MMP<br>Assigned to Hon. Anthony J. Battaglia<br><br>**NOTICE OF SETTLEMENT** |

# NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** PLEASE TAKE NOTICE that Plaintiff Sarah Blain ("Plaintiff") and Defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual," together with Plaintiff, the "Parties") reached a settlement in principle on September 29, 2025. A settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed, the Parties shall file a Stipulation of Dismissal with prejudice. Accordingly, the Parties respectfully request that the Court vacate the deadlines set forth regarding Liberty Mutual's Motion for Summary Judgment (ECF No. 144) and request that this matter be stayed for forty-five (45) days to allow the parties to finalize the settlement details.

DATED: September 29, 2025

TERESA M. BECVAR
**STEPHAN ZOURAS, LLP**

*/s/ Teresa M. Becvar*
Teresa M. Becvar

Attorneys for Plaintiff
**SARAH BLAIN**

DATED: September 29, 2025

RACHEL E. K. LOWE
TIFFANY L. POWERS
ANDREW HATCHETT
MELISSA QUINTANA
**ALSTON & BIRD LLP**

*/s/ Rachel E. K. Lowe*
Rachel E. K. Lowe

Attorneys for Defendant
**LIBERTY MUTUAL FIRE INSURANCE COMPANY**