Manfred P. Muecke (SBN 222893)
**MANFRED, APC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 550-4005
Facsimile: (619) 550-4006
mmuecke@manfredapc.com

Attorneys for Plaintiff SARAH BLAIN

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
E-mail:   rachel.lowe@alston.com

TIFFANY L. POWERS (*admitted pro hac vice*)
ANDREW HATCHETT (*admitted pro hac vice*)
MELISSA QUINTANA (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  404-881-7000
Email:   tiffany.powers@alston.com
         andrew.hatchett@alston.com
         melissa.quintana@alston.com

Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH BLAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 22-CV0970-AJB-(MMP)<br>Related to Case No. 22-CV0166-AJB-AHG<br>Assigned to Hon. Anthony J. Battaglia<br><br>**REVISED JOINT MOTION FOR DISMISSAL**<br><br>Courtroom: 4A<br><br>Complaint Filed: July 1, 2022<br>Trial Date: None Set |

Plaintiff Sarah Blain and Defendant Liberty Mutual Fire Insurance Company hereby jointly move this Court pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) for dismissal of the above captioned matter and all claims and causes of action set forth therein. Dismissal is with prejudice as to the claims of Plaintiff Sarah Blain and without prejudice as to the claims of the putative class[1], with each party to bear its own costs, fees, and expenses.

DATED:  October 20, 2025

TIFFANY L. POWERS (*Pro Hac Vice*)
RACHEL E. K. LOWE
ANDREW HATCHETT (*Pro Hac Vice*)
MELISSA QUINTANA (*Pro Hac Vice*)
**ALSTON & BIRD LLP**

*/s/ Tiffany L. Powers*
Tiffany L. Powers

Attorneys for Defendant
**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

DATED:  October 20, 2025

TERESA M. BECVAR
**STEPHAN ZOURAS, LLC**

*/s/ Teresa M. Becvar*
Teresa M. Becvar

Manfred P. Muecke, SBN 222893
mmuecke@manfredapc.com
MANFRED, APC
600 West Broadway, Suite 700
San Diego, CA 92101
Tel: (619) 550-4005

Matthew H. Morgan, MN State Bar No.0304657*
morgan@nka.com
Martin A. Sandberg, MN State Bar No. 0505090*
msandberg@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center

---

[1] Plaintiff's Motion for Class Certification was denied without prejudice on March 21, 2025 (ECF No. 141).

|   |   |
|---|---|
| 1 | 80 S. 8th Street |
| 2 | Minneapolis, MN, 55402<br>Telephone: (612) 256-3200<br>Facsimile: (612) 338-4878 |
| 3 | Ryan F. Stephan, IL State Bar No. 6273101* |
| 4 | rstephan@stephanzouras.com<br>James B. Zouras, IL State Bar No. 6230596* |
| 5 | jzouras@stephanzouras.com<br>Teresa M. Becvar, IL State Bar No. 6312328* |
| 6 | tbecvar@stephanzouras.com<br>STEPHAN ZOURAS, LLC |
| 7 | 222 W. Adams Street, Suite 2020<br>Chicago, IL 60606 |
| 8 | Telephone: (312) 233-1550<br>Facsimile: (312) 233-1560 |
| 9 | *Admitted pro hac vice |
| 10 | Attorneys for Plaintiff Sarah Blain |

# CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

DATED: October 20, 2025

*/s/ Teresa M. Becvar*

Teresa M. Becvar